FILED
U.S. District Court
District of Kansas

OCT 8 2013

Clerk, U.S. District Court
By smg Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Tim Perry
Tap's House 201, Inc.

(Enter above the full name of the Plaintiff(s)

vs.

Case Number: 13-CV-1383-MLB-KMH

Ark City Police Dept.
Name
117 W. Central Ave.
Street and number
Ark City, KS. 67005
City State Zip Code

(Enter above the full name and address of the Defendant in this action - list the name and address of any additional defendants on the back side of this sheet).

## CIVIL COMPLAINT

I. Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A. Name of plaintiff Tim Perry

Address 419 S. 6th St.

Ark City, KS. 67005

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant Sgt Eric Mota ______________ is employed at Ark City Police Dept.

______________________________

C. Additional Defendants Chief Sean Wallace

______________________________

______________________________

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of KS.

2. The first-named defendant above is either

a. a citizen of the State of KS; or

b. a corporation incorporated under the laws of the State of ______________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a. a citizen of the State of KS; or

b. a corporation incorporated under the laws of the State of ______________ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

_____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title 42, Section 1983.

X 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

_____ 3. Other grounds (specify and state any statute which gives rise to such grounds):

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

The plantiff is entitled to relief becacuse of the defendants negligent behavior. On April 25, 2013 8am Sgt Eric Mata drove past me twice. He decided to ask me question the 2nd time he pulled up.

He basically racial profiled me.
See Affidavit

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

Punitive Damages, Monetary in the amount that exceeds of the court. Seeks relief against the defendant.

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [ ] No [✓]

VI. Do you claim actual damages for the acts alleged in your complaint? Yes [✓] No [ ]

VII. Do you claim punitive monetary damages? Yes [✓] No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

$10,000,000.00 Plantiff seek actual damages based upon the claim of defendants negligent failure to act, and caused injury involving the plaintiff as a result.

VIII. Administrative Procedures:

A. Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [✓]

B. If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

____________________________________________________________

____________________________________________________________

____________________________________________________________

C. If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

____________________________________________________________

____________________________________________________________

____________________________________________________________

IX. Related Litigation:

Please mark the statement that pertains to this case:

______ This cause, or a substantially equivalent complaint, was previously filed in this court as case number _______________ and assigned to the Honorable Judge ____________________________.

✓ Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

[signature]
Signature of Plaintiff

Tim Perry
Name (Print or Type)

419 S. 6th st.
Address

Ark City, KS. 67005
City State Zip Code

334-318-1052
Telephone Number

**DESIGNATION OF PLACE OF TRIAL**

Plaintiff designates ☑Wichita, ☐Kansas City or ☐Topeka, Kansas as the location for the trial in this matter.
(check one location)

Signature of Plaintiff

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury ☑yes ☐no .
(check one)

Signature of Plaintiff

Dated: __________
(Rev. 8/07)

**SUMMONS**

U.S. DISTRICT COURT

IN AND FOR Sedgwick COUNTY

Name (s) Tops Hose Tim Perry )
)
)
Plaintiff (s), )
)
v. ) Civil Action No.
City of Ark City )
Ark City Police Dept )
Name (s) Sean Wallace, Eric Mata )
117 W. Central
Ark City, KS. 67005
620-441-4444
Defendant (s). )

TO THE SHERIFF OF Cowley COUNTY,
YOU ARE COMMANDED:

To Summon the above named defendant(s) and serve upon said defendant(s) a copy of this summons and complaint.

TO THE ABOVE NAMED DEFENDANT(S): Sean Wallace, Eric Mata

Within twenty (20) days after you receive this Summons, excluding the day you receive it, you must file an Answer to the attached Complaint if you want to deny the allegations. The original of your Answer must be filed with the Clerk's Office of the District Court, ~~Judicial~~ U.S. District Court Sedgwick, KANSAS and must include proof that a copy of the Answer was served on the plaintiff or his/her attorney who is named on this Summons.

Failure to file an Answer denying the allegations will result in a judgment against you, and action may be taken by the plaintiff or his/her attorney to satisfy the judgment.

DATED: ______________________ ______________________
Clerk

X Tim Perry

Name of Plaintiff/Plaintiff's Attorney
Address
Telephone Number

Tim Perry
419 S. 6th St.
Ark City, KS.
67005
334-318-1052

Tim Perry
8-13-13

ANGELA CZAPLINSKI
Notary Public - State of Kansas
My Appt. Expires 3-19-17

Angela Czaplinski

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Tim Perry, Tap's House 2001 Inc.
*Plaintiff(s)*

v.

Civil Action No.

Ark City Police Dept
*Defendant(s)*
Eric Mata
Sean Wallace

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ark City, KS.
67005

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: 419 S. 6th St
Ark City, KS. 67005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

______________________________
*Signature of Clerk or Deputy Clerk*

Perry
419 S. 6th st.
Ark City, KS.
67005

WICHITA KS 670
07 OCT 2013 PM 3 L

Freedom
FOREVER
U.S.A.

RECEI[illegible]
OCT 0 8
CLERK, U.S. D[illegible] [illegible]RT
WICHITA, KANSAS [illegible]202

U.S. Dist Court -204
Office of Clerk
401 N. Market
Wichita, KS.
67202

6720220899[illegible]

Perry
419 S. 6th St
Ark City, KS.
67005

.86 ¢ POSTAGE DUE

WICHITA, KS
2013
OCT 19
PM




U.S. Courthouse - 204
401 N. Market
Wichita, KS 67202

Attn: Court Clerk

RECEIVED
OCT 1 5 2013
CLERK, U.S. DIST. COURT
WICHITA, KANSAS 67202